Prob 12B

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION WITH CONSENT OF THE OFFENDER
*(Probation Form 49, Waiver of Hearing, is on file)*

**Offender Name:** Daniel G. Hughes

**Docket Number:** 1:04CR05070-01 OWW

**Offender Address:** Fresno, California

**Judicial Officer:** Honorable Oliver W. Wanger
Senior United States District Judge
Fresno, California

**Original Sentence Date:** 11/08/2004

**Original Offense:** 18 USC 2252(a)(4)(B), Possession of Material Involving the Sexual Exploitation of Minors
(CLASS C FELONY)

**Original Sentence:** 30 months BOP, 36 months TSR, $100 special assessment

**Special Conditions:** 1) Search; 2) Drug/alcohol treatment; 3) Drug/alcohol testing; 4) Mental heath treatment; 5) Aftercare co-payment; 6) No on-line computer access; 7) No contact with minors; 8) Computer inspection; 9) Pornography restriction; 10) Phone record disclosure; 11) Notice to employer on computer restriction; 12) Sex offender treatment; 13) Federal sex registration; 14) DNA collection

**Type of Supervision:** Supervised release

**Supervision Commenced:** 03/07/2007

**Assistant U.S. Attorney:** David L. Gappa       **Telephone:** (559) 497-4000

**Defense Attorney:** Salvatore Sciandra       **Telephone:** (559) 233-1000

**Other Court Action:**

**RE:    Daniel G. Hughes**
       **Docket Number:  1:04CR05070-01 OWW**
       **PETITION TO MODIFY THE CONDITIONS OR TERM**
       **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

**06/16/2006**:                              Conditions modified to include 180 days in a community
                                           corrections center.

---

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

The defendant shall comply with the conditions of home incarceration for a period of 120   consecutive days to commence when directed by the probation officer.  During this time, the defendant will remain at his place of residence at all times and shall not leave except when such leave is approved in advance by the defendant's probation officer.  The defendant will maintain telephone service at his place of residence without an answering device, call forwarding, a modem, caller ID, call waiting, or a cordless telephone for the above period.

At the discretion of the probation officer, the defendant shall wear an electronic monitoring device and follow electronic monitoring procedures specified by the probation officer. The defendant shall pay the cost of electronic monitoring as determined by the probation officer.

**Justification:**  The offender is divorced from his wife, but does have joint custody of their two children. While on supervised release, the offender has been granted permission by the probation officer to associate with his children. The children reside with their mother during the week and stay with the offender most weekends. The offender has been repeatedly advised and understands  that he has permission to associate with his children only.

The offender received a letter from this officer regarding the Halloween celebration. He was instructed not to "trick or treat" or hand out candy during  Halloween, as the likelihood of

Rev. 10/2007
VIOLATION__PETITION (PROB12B)
(MODIFICATION).MRG

**RE:    Daniel G. Hughes**
**Docket Number:  1:04CR05070-01 OWW**
**PETITION TO MODIFY THE CONDITIONS OR TERM**
<u>**OF SUPERVISION WITH CONSENT OF THE OFFENDER**</u>

having contact with minors was too great. The offender agreed with that assessment but requested that he be allowed to attended his AA meeting on Halloween night. He was granted permission to attend his meeting only and directed to return home upon completion. However, this officer had reservations regarding the offenders willingness to follow the instructions of the probation officer. Surveillance was conducted and the offender was observed "trick or treating" with ex-wife and their children. This officer did not observe the offender having contact with any other third parties.

In light of the offenders violation conduct and deceptive behavior, his residence was searched. The search uncovered no new law violations or additional criminal conduct. However, the offender admitted that he had destroyed a disk shortly after his release from custody. The disk had been left by police prior to his incarceration and contained child pornography images, therefore he immediately disposed of it. Further, a search of his computer revealed that he had accessed the internet and subscribed to a dating service.

The offender has not been truthful with this officer regarding his actions while on supervised release. It appears additional restrictions are necessary in order to gain his compliance. This officer believes the proposed modification will adequately protect the public, while providing consequences for the offender's admitted violation conduct.  The offender has agreed to the condition of home detention for a period of 120 days and signed the Waiver of Hearing to Modify Conditions of Supervised Release form, which is attached for the Court's consideration.

Rev. 10/2007
VIOLATION__PETITION (PROB12B)
(MODIFICATION).MRG

RE:   **Daniel G. Hughes**
      **Docket Number:  1:04CR05070-01 OWW**
      **PETITION TO MODIFY THE CONDITIONS OR TERM**
      **OF SUPERVISION WITH CONSENT OF THE OFFENDER**


                              Respectfully submitted,


                              **/s/ Michael Armistead**
                              **MICHAEL W. ARMISTEAD**
                              **Senior United States Probation Officer**
                              Telephone:  (559) 499-5700

**DATED:**      November 14, 2007
                Fresno, California
                MWA


**REVIEWED BY:**        **/s/ Bruce Vasquez**
                        **BRUCE A. VASQUEZ**
                        **Supervising United States Probation Officer**


_____

**THE COURT ORDERS:**

( X )   Modification approved as recommended.

(   )   Modification not approved at this time.  Probation Officer to contact Court.

(   )   Other:

IT IS SO ORDERED.

**Dated:   November 19, 2007**              **/s/ Oliver W. Wanger**
                                            UNITED STATES DISTRICT JUDGE

Rev. 10/2007
VIOLATION__PETITION (PROB12B)
(MODIFICATION).MRG